IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(DAYTON)

| | |
|---|---|
| BENITA SCHIRMER, | ) |
| | ) CIVIL ACTION NO. 3:20-cv-00428-PBS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) Magistrate Judge Peter B. Silvain, Jr. |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, including any further action necessary to complete the administrative record, reweigh the medical opinions of record, and issue a new ALJ decision.

Date: August 20, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge